UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAHAMED ALI JAMA,<br><br>                    Plaintiff,<br><br>       v.<br><br>KING COUNTY POLICE, WESTERN STATE HOSPITAL,<br><br>                    Defendants. | CASE NO. 2:21-cv-01151-JCC-BAT<br><br>**ORDER TO SHOW CAUSE RE: PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On August 25, 2021, Plaintiff Mahamed Ali Jama filed a Declaration and Application to Proceed *In Forma Pauperis* ("IFP"). Dkt. 1.

As a general rule, all parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. 28 U.S.C. § 1914(a). The Court may authorize the commencement of an action "without prepayment of fees and costs of security therefor, by a person who submits an affidavit that ... the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Therefore, an action may proceed despite a failure to prepay the filing fee only if leave to proceed IFP is granted by the Court. *See Rodriguez v. Cook*, 169 F.3d 1178, 1177 (9th Cir.1999).

The Ninth Circuit has held "permission to proceed [IFP] is itself a matter of privilege and not a right; denial of an [IFP] status does not violate the applicant's right to due process." *Weller*

ORDER TO SHOW CAUSE RE:
PLAINTIFF'S APPLICATION TO PROCEED
IN FORMA PAUPERIS - 1

*v. Dickson*, 314 F.2d 598, 600 (9th Cir.1963). The Court has broad discretion to grant or deny a motion to proceed IFP. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir.1990); *Weller*, 314 F.2d at 600-601.

By filing a request to proceed IFP, Plaintiff is asking the government to incur the filing fee because he allegedly is unable to afford the costs necessary to proceed with his complaint. However, Plaintiff has not provided sufficient information, which would allow the Court to determine whether to grant his application. For example, Plaintiff did not properly complete the following portions of his application: ¶ 3 (money received from sources other than employment); ¶ 4 (cash, checking, or savings, on hand); ¶ 7 (monthly expenses incurred, such as housing, transportation, utilities, loan payments, or other regular monthly expenses).

Accordingly, Plaintiff is **ORDERED** to provide this additional information **by September 20, 2021** so that the Court may determine whether to grant or deny his IFP application.

DATED this 30th day of August, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER TO SHOW CAUSE RE:
PLAINTIFF'S APPLICATION TO PROCEED
IN FORMA PAUPERIS - 2