THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAHAMED ALI JAMA,<br><br>        Plaintiff,<br><br>  v.<br><br>KING COUNTY POLICE, *et al.*,<br><br>        Defendants. | CASE NO. C21-1151-JCC-BAT<br><br>ORDER |

       The Court, having reviewed Plaintiff's application to proceed *in forma pauperis*, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, hereby ORDERS as follows:

       (1)    The Report and Recommendation is approved and adopted.

       (2)    Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 1) is DENIED.

       (3)    The Clerk shall file the complaint only on receipt of the usual filing fee. If no filing fee is paid within 30 days of the date of this Order, the Clerk shall close the file.

       (4)    The Clerk is directed to send copies of this Order to Plaintiff and Judge Tsuchida.

//

//

ORDER
C21-1151-JCC-BAT
PAGE - 1

DATED this 12th day of October 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C21-1151-JCC-BAT
PAGE - 2