THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAHAMED ALI JAMA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KING COUNTY POLICE, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C21-1151-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to appoint counsel (Dkt. No. 7). There is no general right to have counsel appointed in cases brought under 42 U.S.C. § 1983. *Campbell v. Burt*, 141 F.3d 927, 931 (9th Cir. 1998). The Court may do so in "exceptional circumstances," but only upon a determination of a likelihood of success on the merits. *Agyeman v. Corrections Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). Based upon its review of Plaintiff's proposed complaint (Dkt. No. 1-1), the Court cannot make this determination in this instance.

Accordingly, Plaintiff's motion to appoint counsel (Dkt. No. 7) is DENIED.

//

//

MINUTE ORDER
C21-1151-JCC
PAGE - 1

DATED this 22nd day of October 2021.

    Ravi Subramanian
    Clerk of Court

    s/Sandra Rawski
    Deputy Clerk